UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X
UNITED STATES OF AMERICA,　　　　　　　　　　ORDER-RELEASE OF
　　　　　　　　　　　　　　　　　　　　　　　　MEDICAL RECORDS
　　　　　　　　　　　　　　　　　　　　　　　　19-CR-651 (LTS)
　　　v.
DAVID GEORGESCU, et al.
　　　　　　　　Defendant.
————————————————————X

　　　Defendant David Georgescu (inmate # 87859-054), through his counsel, Donna R. Newman, Esq., moves this Court, for an Order directing the Bureau of Prisons to provide Mr. Georgescu with all necessary and appropriate treatment for prostate cancer, and for an order directing the Bureau of Prisons, specifically the Metropolitan Correction Center ("MCC"), to release to his counsel his institutional medical records no later than Friday, September 18, 2020, at 5:00 P.M.

　　　Upon review of Mr. Georgescu's motion for release of medical records and for good cause shown;

　　　It is hereby Ordered that the Bureau of Prisons, specifically the MCC, provide Mr. Georgescu with all necessary and appropriate medical treatment and, notwithstanding any provision of the Health Insurance Portability and Accountability Act of 1996, is directed to release to Donna R. Newman, Esq., not later than Thursday, September 24, 2020, at 12:00 P.M. noon, Mr. Georgescu's complete medical records from the time he entered into custody of the Bureau of Prisons until the present.

　　　SO ORDERED,

　　　Dated: New York, New York
　　　　　　September  21 , 2020

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　　Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge