LAW OFFICES OF
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

April 5, 2021

## MEMO ENDORSED

Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Constantinescu, et al.*, **19-Cr-651 (LTS)**
      **Adjournment of Scheduled April 9, 2021 Status Conference for David Georgescu (Defendant #25)**

Dear Judge Swain:

On behalf of defendant David Georgescu and with the Government's consent, we respectfully move the Court for a 30-day adjournment of the status conference that is currently scheduled for April 9, 2021 at 12:00 pm. The parties are actively engaged in plea negotiations. The defense consents to the exclusion of time from speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(7)(A) for the purpose of continued plea negotiations until the next status date set by the Court.

Respectfully submitted,
/s/
Donna R. Newman
Cc: All counsel of record via ECF

The foregoing adjournment and exclusion requests are granted, for the reasons stated above. The conference is adjourned to May 7, 2021, at 9:00 a.m.  The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through May 7, 2021, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  No conference date, time or modality can be confirmed before the end of the preceding week, so counsel are requested to keep their calendars open between the hours of 9 a.m. and 2 p.m. on May 7, 2021, until further notice.  DE# 572 resolved.
SO ORDERED.
4/5/2021
/s/ Laura Taylor Swain, USDJ