UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────── X
UNITED STATES OF AMERICA,   |   19-CR-651 (LTS)

          v.   |   ORDER TO RELEASE MEDICAL RECORDS

DAVID GEORGESCU, et al.,
          Defendants.
──────────────────────────────── X

    Defendant David Georgescu (inmate # 87859-054), through his counsel, Donna R. Newman, Esq., moves this Court, for an Order:

    1.    Directing the Bureau of Prisons, specifically the Metropolitan Correction Center ("MCC"), to provide Mr. Georgescu's counsel with his location and with all pertinent medical information regarding his hospitalization;

    2.    Directing the United States Marshal's Service, Southern District of New York ("SDNY U.S. Marshal's Service"), to provide Donna R. Newman, Esq., and Clara Kalhous, Esq., with a reasonable opportunity to visit with Mr. Georgescu;

    3.    Directing the SDNY U.S. Marshal's Service to allow counsel to use her cellphone to connect Mr. Georgescu with the Romanian interpreter for the purpose of assisting counsel in her conversation with Mr. Georgescu during the visit;

    4.    Directing the MCC to release to counsel, no later than May 18th, at 5:00 p.m., a complete copy of Mr. Georgescu's institutional medical records, including all records of treatment, testing, and examinations of Mr. Georgescu performed outside of the MCC;

    Upon review of Mr. Georgescu's motion and Donna R. Newman's letter dated May 17, 2021, it is hereby:

Ordered that (1) the Bureau of Prisons shall (a) provide Donna R. Newman and Clara Kalhous, with Mr. Georgescu's location, and that Counsel shall not disclose such location to any non-court personnel, including but not limited family members and counsel for other defendants; and (b) provide Ms. Newman and Ms. Kalhous with a copy of Mr. Georgescu's institutional medical file and direct the hospital and treating professionals to provide them with records and information concerning Mr. Georgescu's condition and treatment; (2) the SDNY U.S. Marshal's Service shall arrange a reasonable opportunity for Ms. Newman and Ms. Kalhous to visit Mr. Georgescu if he is hospitalized and shall allow counsel to bring a cell phone into the hospital during the visit to secure the assistance of a Romanian interpreter via telephone for the purpose of communicating with Mr. Georgescu.

SO ORDERED,

Dated: New York, New York
     May   17, 2021

/s/ Laura Taylor Swain
Laura Taylor Swain
United States District Judge