UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-　　　　　　　　　　　　　　　　　　　　　　　No. 19CR651-LTS

DAVID GEORGESCU (25),

        Defendant.

------------------------------------------------------------X

**ORDER**

The Court hereby appoints Inga L. Parsons, Esq., as an additional CJA counsel solely for the limited purpose of consultation with Mr. Georgescu concerning the loss amount computation.

SO ORDERED.

Dated: New York, New York
       August 2, 2021

                                                     /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge