```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :   SUPPLEMENTAL
UNITED STATES OF AMERICA          :   PROTECTIVE ORDER
                                  :
        - v. -                    :
                                  :   S4 19 Cr. 651 (LTS)
DAVID GEORGESCU,                  :
                                  :
                Defendant.        :
                                  :
- - - - - - - - - - - - - - - - - x
```

WHEREAS, on March 11, 2020, the Court entered a Protective Order, which was executed on behalf of the defendant by Donna Newman, Esq. (Dkt. No. 196);

WHEREAS, on August 3, 2021, Inga L. Parsons, Esq., was appointed as additional counsel for the defendant, solely for the limited purpose of consultation concerning the loss amount computation (Dkt. No. 778);

IT IS HEREBY agreed, by and between the United States of America, Audrey Strauss, United States Attorney, by Elizabeth A. Hanft, Samuel P. Rothschild, and Robert B. Sobelman, Assistant United States Attorneys, of counsel, and Ms. Parsons, counsel for the defendant, that Ms. Parsons is and shall be bound by the terms of the Protective Order, which is incorporated by reference herein, as if he was an original signatory thereto.

Dated: New York, New York
August 6, 2021

SO ORDERED:

/s/ Laura Taylor Swain
---
THE HONORABLE LAURA TAYLOR SWAIN
CHIEF UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

**Acknowledgement of Protective Order**

I, Inga L. Parsons, Esq., have read and reviewed the Protective Order entered on March 11, 2020, in the case of *United States v. David Georgescu*, S4 19 Cr. 651 (LTS), I understand it, and I acknowledge that I am and shall be bound by the Order.

---
Inga L. Parsons, Esq.
Attorney for David Georgescu

2