LAW OFFICES OF
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

September 30, 2021

Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re:   *United States v. Constantinescu, et al.*, 19-Cr-651 (LTS)
      **Adjournment of Scheduled Status Conference for David Georgescu (Defendant #25)**

Dear Judge Swain:

On behalf of defendant David Georgescu and with the Government's consent, we respectfully move the Court for a 30-day adjournment of the status conference scheduled for October 13, 2021, for the purpose of ongoing plea negotiations.

The defense consents to the exclusion of time from speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(7)(A) for the purpose of continued plea negotiations until the next status date set by the Court.

Respectfully submitted,
/s/
Donna R. Newman
Cc: All counsel of record via ECF

The foregoing adjournment request is granted.  The conference is hereby adjourned to November 30, 2021, at 12:00 p.m.  The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through November 30, 2021, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  Dkt. Entry no. 859 resolved.
SO ORDERED.
9/30/2021
/s/ Laura Taylor Swain, Chief USDJ