UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :

UNITED STATES OF AMERICA      :

        - v. -                        :         S4 19 Cr. 651 (LTS)

DAVID GEORGESCU     ,    :

                     Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        WHEREAS, the Court has referred to the Magistrate Judge on duty the change-of-plea proceeding for defendant DAVID GEORGESCU;

        WHEREAS the defendant has requested that his guilty plea be taken remotely by videoconference or by teleconference, if videoconference is not reasonably available;

        WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

        WHEREAS the Coronavirus Aid, Relief, and Economic Securities Act, findings made by the Judicial Conference of the United States, and the June 24, 2020 Amended Standing Order of Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by videoconference, or teleconference if videoconferencing is not reasonably available, subject to certain findings made by the District Judge;

        WHEREAS the Court understands that the Magistrate Judge on duty may hear the defendant's plea by telephone because videoconference may not be reasonably available;

        THE COURT HEREBY FINDS that because the defendant has consented to proceeding remotely and because the defendant, who is detained, may seek a sentence of time

1

served, the plea proceeding cannot be further delayed without serious harm to the interests of justice and may proceed remotely by videoconference or teleconference.

SO ORDERED:

Dated:   New York, New York
         November __3__, 2021

                                    /s/ Laura Taylor Swain
                                    HON. LAURA TAYLOR SWAIN
                                    CHIEF UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK