```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
          -v-                                                      :      19-CR-651 (LTS)
                                                                   :
DAVID GEORGESCU,                                                   :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

ORDER

The sentencing hearing in this case is scheduled to proceed in the above captioned case on February 24, 2022, at 2:00pm, in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding

SO ORDERED.

Dated: New York, New York
       November 23, 2021

                                                    /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   Chief United States District Judge