UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID GEORGESCU,<br><br>Defendant. | ORDER<br><br>19 Cr. 651 (LTS) |

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Ona T. Wang on November 16, 2021;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
       November 29, 2021

                                                         /s/ Laura Taylor Swain
                                          HONORABLE LAURA TAYLOR SWAIN
                                          CHIEF UNITED STATES DISTRICT JUDGE
                                          SOUTHERN DISTRICT OF NEW YORK