```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
                -v-                                                :    19-CR-651 (LTS)
                                                                   :
DAVID GEORGESCU,                                                   :
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

## ORDER

The sentencing hearing in this case is scheduled to proceed on **February 24, 2022**, at **2:00p.m.**, in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

SO ORDERED.

Dated: February 18, 2022                            __/s/ Laura Taylor Swain_____
       New York New York                            LAURA TAYLOR SWAIN
                                                    Chief United States District Judge