LAW OFFICES OF
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

February 22, 2022

Via email & ECF
Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *United States v. David Georgescu*, **19-Cr.-651 (LTS)**

Dear Judge Swain:

Having just hung up the phone with Mr. Georgescu, the Defense takes this opportunity to provide the Court with Mr. Georgescu's assessment of his condition. On Saturday, Mr. Georgescu was taken for outpatient treatment in the hospital emergency room. He was seen by the emergency room doctor on call, but because of the limited treatment directed by the MDC's paperwork, the doctor told Mr. Georgescu he could do nothing other than clean the boil by his right eye and provide antibiotics, which he did. The doctor told him he needed to see a dermatologist, but no dermatologist was available before he was returned to MDC. The doctor also informed him that Prednisone was the wrong medication for his condition.

Yesterday, the nurse at MDC continued to give him Prednisone and gave him a liquid medication for his scalp as well. The liquid medication appears to have been a grave mistake, as Mr. Georgescu reported today that 60% of the skin on his face and scalp is now red and peeling. He is experiencing chest pains and finds that breathing is very laborious and difficult. There are moments when he feels that he cannot catch a breath of air.

Mr. Georgescu reports that the MDC counselors are shocked at his appearance and that fellow inmates want nothing to do with him, as they are afraid of his condition.

We write this not to request that Mr. Georgescu be returned to the hospital—indeed, he wants nothing more than to appear before the Court for sentencing as scheduled on February 24. Rather, we ask the Court, with great respect, as we did in our sentencing memorandum, to impose a sentence of time served that will permit Mr. Georgescu to immediately leave the United

States and return to his family and to his doctors in Romania where he can finally receive the treatment that he needs.[1]

If a sentence of time served is not imposed, we ask the Court to recommend in the strongest possible terms that Mr. Georgescu be immediately designated to a medical facility and that he be provided treatment by a licensed dermatologist.

I thank the Court for its consideration.

Respectfully,
\_\_\_/s/\_\_\_
Donna R. Newman

Cc:   All counsel (via ECF)

---

[1] Having corresponded with his family numerous times over the past few days, they are prepared to purchase a plane ticket for his immediate departure from the United States. Conversations with officials in the Department of Homeland Security and the Romanian Consul General likewise lead the Defense to believe that a sentence of time served would result in Mr. Georgescu's departure from the United States on the date of sentencing, provided his Romanian passport, which the Government will bring to the sentencing hearing, is still valid. We have asked the Government to confirm the passport's expiration date.