UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-

DAVID GEORGESCU (25)

    Defendant.

-------------------------------------------------------x

No. 19 crim 651 (LTS)

**ORDER**

ORDERED that pursuant to sentence of time served imposed today, the defendant David Georgescu is discharged from the custody of the U.S. Marshals Service.

SO ORDERED.

Dated: New York, New York
       February 24, 2022

                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge